HDM:JPL/JOE
F. #2018R00035

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MICHAEL HLADY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 20-008 (S-1) (MKB)
(T. 18, U.S.C., §§ 981(a)(1)(C), 1343, 2,
3147(1) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c)))

THE UNITED STATES CHARGES:

## WIRE FRAUD

1.    On or about November 15, 2019, within the Eastern District of New York and elsewhere, while on release pursuant to an order of the United States District Court for the Eastern District of New York, dated September 25, 2019, issued under Title 18, United States Code, Section 3142, the defendant MICHAEL HLADY, together with others, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money and property from Victim 1, an individual whose identity is known to the United States, by means of one or more materially false and fraudulent pretenses, representations and promises, and, for the purpose of executing such scheme and artifice, and attempting to do so, did transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, to wit: a wire transfer in the amount of $20,000 from a bank account controlled by Victim 1 to a bank account controlled by HLADY.

(Title 18, United States Code, Sections 1343, 2, 3147(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #:2018R00035
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MICHAEL HLADY,

Defendant.

## SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 981(a)(1)(C), 1343, 2, 3147(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c)))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____   _____
*Clerk*

*Bail, $* _____

*Jonathan P. Lax and John O. Enright,*
*Assistant U.S. Attorneys (718) 254-6139/6203*