**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

November 19, 2024

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

                        Re:    United States v. Michael Hlday
                                  20 Cr. 008 (MKB)

Dear Judge Brodie:

       Defendant Michael Hlday ("Hlday") is currently scheduled for a sentencing hearing before the Court on December 5, 2025, and his sentencing memorandum is due on November 21, 2024. As the Court is aware, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ For this reason, Hlday respectfully requests an adjournment of his sentencing hearing to a date in late January or early February of 2025 that is convenient to the Court and government. The government, by Assistant United States Attorney Jonathan Lax, consents to this application.

       Thank you for Your Honor's consideration of this request.

                                          Very truly yours,

                                          *Sanford Talkin*
                                          Sanford Talkin

cc:     AUSA Jonathan Lax (by ECF & email)