**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

June 16, 2025

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

        Re: <u>United States v. Michael Hlday</u>
          20 Cr. 008 (MKB)

Dear Judge Brodie:

  Defendant Michael Hlday ("Hlday") is currently scheduled for a sentencing hearing before the Court on July 2, 2025. As the Court is aware Hlday has numerous health issues ████████████████████████████████████████████████████████ Hlday's heath issues will be a large part of sentencing submission. Additionally, because the first draft of his sentencing memorandum was drafted so long ago, our final draft requires updated letters and documents which we are still working on obtaining. For these reasons, Hlday respectfully requests one final adjournment of his sentencing hearing to a date in August of 2025 that is convenient to the Court and government. The government, by Assistant United States Attorney Jonathan Lax, opposes this application but states that should the motion be granted, the weeks of August 11 and August 18 are best for the government's schedule.

  Thank you for Your Honor's consideration of this request.

            Very truly yours,
            *Sanford Talkin*
            Sanford Talkin

cc:  AUSA Jonathan Lax (by ECF & email)