**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005
———
(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
———
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
———
201-342-6665

September 26, 2025

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

          Re:    <u>United States v. Michael Hlday</u>
                  20 Cr. 008 (MKB)

Dear Judge Brodie:

      Defendant Michael Hlday ("Hlday") is currently at liberty on a bond that contains numerous conditions including electronic monitoring. As the Court is aware from previous applications, [REDACTED] For this reason, Hlday respectfully requests that he be permitted to travel to New York from October 3, 2025 through October 11, 2025 to stay with his mother on Long Island and provide her assistance. The government, by Assistant United States Attorney Jonathan Lax, and Pretrial Services by the Electronic Monitoring Unit, consent to this application.

      Thank you for Your Honor's consideration of this request.

                        Very truly yours,

                        *Sanford Talkin*
                        Sanford Talkin

cc:    AUSA Jonathan Lax (by ECF)
        EDNY Pretrial EM Unit (by email)
        USPO Jason Roberts (by email)