**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042

410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311

201-342-6665

November 20, 2025

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

                Re:    <u>United States v. Michael Hlady</u>
                      20 Cr. 008 (MKB)

Dear Judge Brodie:

       Defendant Michael Hlady ("Hlady") is currently at liberty on a bond that contains numerous conditions including a travel restriction. Hlady respectfully requests that he be permitted to travel to New York from November 25 through November 29, 2025 to stay with his mother on Long Island and provide her assistance and spend Thanksgiving with her and to meet with me regarding his sentencing. The government, by Assistant United States Attorney Jonathan Lax, and Pretrial Services by the Electronic Monitoring Unit, consent to this application.

       Thank you for Your Honor's consideration of this request.

                                  Very truly yours,

                                  *Sanford Talkin*
                                  Sanford Talkin

cc:    AUSA Jonathan Lax (by ECF)
        EDNY Pretrial EM Unit (by email)
        USPO Jason Roberts (by email)